FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> James Henry Grenier ) <br> ) <br> Defendant. ) | Case No.: 02-1258-GAF <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __C.D. of California__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __nature of alleged violation__

1
2
3
4                    and/or
5    B.    (✓) The defendant has not met his/her burden of establishing by
6          clear and convincing evidence that he/she is not likely to pose
7          a danger to the safety of any other person or the community if
8          released under 18 U.S.C. § 3142(b) or (c). This finding is based
9          on: _prior criminal record + drug use_
10
11
12
13
14         IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated: 2/17/11
18
19                                         _____
                                           CARLA M. WOEHRLE
20                                         UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28